IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM P. GRANT,

    Plaintiff,                          No. CIV S-06-0945 PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendants.                    ORDER TO SHOW CAUSE

_____/

        By order filed May 3, 2006, plaintiff was directed to submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents had been submitted to the United States Marshal.  Sixty days have passed and plaintiff has neither filed said statement nor provided the requisite forms to the U.S. Marshal.

        THEREFORE, plaintiff is ordered to show cause, within twenty (20) days, why this case should not be dismissed for failure to serve.  Fed. R. Civ. P. 4(m).

DATED: August 18, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

/001; grant.osc

1