IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM P. GRANT,

    Plaintiff,                               No. CIV S-06-0945 PAN

    vs.

JO ANNE B. BARNHART,                  <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

        Plaintiff is proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        Under the scheduling order filed May 3, 2006, plaintiff was directed to submit to the United States Marshal, within sixty days, a completed summons and copies of the complaint and to file a statement with the court that said documents had been submitted to the United States Marshal. That time has now expired and plaintiff has failed to comply with the court's scheduling order.

        By order filed August 21, 2006, plaintiff was directed to show cause, within twenty days, why this action should not be dismissed. That time has now expired, and plaintiff has not complied with the August 21, 2006 order or otherwise responded to the court's order.

1       Accordingly, IT IS HEREBY ORDERED that this action be dismissed without
2 prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).
3 DATED:  September 28, 2006.

                                           UNITED STATES MAGISTRATE JUDGE

7 001; grant.fsc